**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ricky Alan REESE, aka Ricky A.
Reese, Defendant–Appellant.**

**No. 11–30100.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Aug. 15, 2013.

Filed Aug. 26, 2013.

Stephan Alexander Collins, Esquire, Assistant U.S., Thomas Bradley, Jo Ann Farrington, Office of the U.S. Attorney, Anchorage, AK, for Plaintiff–Appellee.

Allison Elizabeth Mendel, Mendel & Associates, Anchorage, AK, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge, BERZON and IKUTA, Circuit Judges.

### MEMORANDUM*

Reese admits he didn't see the allegedly defective notice before trial, and doesn't allege he would have accepted a plea agreement but for the erroneous sentencing information. He therefore hasn't demonstrated that the alleged error "affected substantial rights." *United States v. Gonzalez-Aparicio,* 663 F.3d 419, 428 (9th Cir. 2011).

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.